PER CURIAM.
Affirmed. See Middleton v. State, 426 So.2d 548 (Fla.1982), cert. denied, 468 U.S. 1280, 103 S.Ct. 3573, 77 L.Ed.2d 1413 (1983); McCampbell v. State, 421 So.2d 1072 (Fla.1982); Buford v. State, 403 So.2d 943 (Fla.1981), cert. denied, 454 U.S. 1163, 102 S.Ct. 1037, 71 L.Ed.2d 319, cert. denied, 454 U.S. 1164, 102 S.Ct. 1039, 71 L.Ed.2d 320 (1982); Hornbeck v. State, 77 So.2d 876 (Fla.1955) (en banc); Garmon v. State, 434 So.2d 1036 (Fla. 3d DCA 1983), rev. denied, 443 So.2d 979 (Fla.1984); Robinson v. State, 400 So.2d 172 (Fla. 3d DCA 1981); Delagado v. State, 361 So.2d 726 (Fla. 4th DCA 1978); Turner v. State, 337 So.2d 409 (Fla. 4th DCA 1976); Van Horn v. State, 334 So.2d 43 (Fla. 3d DCA 1976), cert. denied, 341 So.2d 1086 (Fla.1977); Rice v. State, 243 So.2d 226 (Fla. 4th DCA 1971); Metzler v. State, 229 So.2d 886 (Fla. 3d DCA 1969), cert. denied, 237 So.2d 531 (Fla.1970); Perry v. State, 177 So.2d 892 (Fla. 3d DCA 1965).